United States District Court
Southern District of Texas
**ENTERED**
June 08, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **BRYAN JOSUE FUNES VILLEGAS,** | § | |
| | § | |
| **Petitioner,** | § | |
| | § | |
| **VS.** | § | **CIVIL ACTION NO. 4:26-CV-03727** |
| | § | |
| **MARKWAYNE MULLIN,** *et al.*, | § | |
| | § | |
| **Respondents.** | § | |
| | § | |

## ORDER WITHDRAWING DOCUMENT

Petitioner has filed a Motion to Enforce (ECF No. 14). However, Petitioner's counsel subsequently communicated with counsel for the Government, who informed him that DHS was in the process of releasing Petitioner. Petitioner therefore requested to withdraw the Motion to Enforce without prejudice (ECF No. 15). The Motion to Enforce is therefore **WITHDRAWN** without prejudice to re-filing.

**IT IS SO ORDERED.**

Signed at Houston, Texas on June 5, 2026.

Keith P. Ellison
United States District Judge